No. 13,143.

Empire Zinc Company *v.* Industrial Commission et al.
(14 P. [2d] 1118)

Decided September 12, 1932. Rehearing denied October 3, 1932.

Judgment affirmed en banc without written opinion.

Mr. E. C. Stimson, Mr. Page M. Brereton, for plaintiff in error.

Mr. Clarence L. Ireland, Attorney General, Mr. Arthur L. Olson, Assistant, for defendants in error.